IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAUL H. DUBOIS,**

**Plaintiff,**

**v.**

**UNION COUNTY HOSPITAL DISTRICT,**

**Defendant.**                                                               **No. 06-0574-DRH**

## ORDER

**HERNDON, District Judge:**

  Now before the Court is an Agreed motion for voluntary dismissal (Doc. 14). Specifically, Plaintiff moves the Court to dismiss this cause of action with prejudice. Said motion is **GRANTED**. The Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

  **IT IS SO ORDERED.**

  Signed this 29th day of November, 2006.

                /s/  David  RHerndon
                **United States District Judge**