# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAUL H. DUBOIS,

      Plaintiff,

v.                                             CIVIL ACTION NO. 06-CV-574 DRH

UNION COUNTY HOSPITAL
DISTRICT,

      Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on an Agreed motion for voluntary dismissal.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this cause of action is **DISMISSED with prejudice**.


NORBERT G. JAWORSKI, CLERK


November 29, 2006                        BY:___/s/Patricia Brown_____
                                           Deputy Clerk

APPROVED: /s/      David  RHerndon
            **U.S. DISTRICT JUDGE**